# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Quincy Teeyon Ketter, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00618-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| David Aaron | ) | |
| FNU Martinez | | |
| Sally Tripplet | | |
| FNU Bullock, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2015 Order.

July 2, 2015

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court